# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| GEARY KATZ LLC | * | Case No. 14-10356 |
| | * | (Chapter 7) |
| Debtor | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| JUDY A. ROBBINS, U.S. TRUSTEE | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Adversary No. 14-00837-DER |
| | * | |
| GEARY KATZ | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above Defendant and that compensation paid to me in contemplation of or in connection with the above Adversarial Complaint is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept ................................. | $ | **10,000** |
   | Prior to the filing of this statement I have received ..................... | $ | |
   | Balance Due ............................................................................. | $ | **0.00** |

   **The Defendant/Debtor has deposited a retainer of $10,000 with my firm which has been placed in the firm's client escrow account. The Defendant/Debtor has agreed to compensate me and/or members of my firm on the following basis: (1) Attorney: $375.00 per hour; and (2) Paralegal: $150.00 per hour.**

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service with regard to the matter of *Judy A. Robbins, UST v. Geary Keatz*, Adversary No. 14-00837-DER.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **None**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 22, 2016** | **/s/ Michael Coyle** |
| *Date* | **Michael Coyle 16202** |
| | *Signature of Attorney* |
| | **The Coyle Law Group LLC** |
| | **6700 Alexander Bell Drive** |
| | **Suite 200** |
| | **Columbia, MD 21046** |
| | **410-884-3180** |
| | **mcoyle@thecoylelawgroup.com** |
| | *Name of law firm* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of July 2016, copies of the foregoing document were served electronically via the Court's ECF system to the following:

> Lynn Kohen
> U.S. Trustee Office
> 6305 Ivy Lane, Ste 600
> Greenbelt, MD 20770

>>>>s/ Michael Coyle
>>>>Michael Coyle